IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| BISSELLS' GROCERY, INC. | PLAINTIFF/COUNTER-DEFENDANT |
| VS. Case No. 04-CV-4162 | |
| JOHN RAY RHODES, LORNA RHODES, | DEFENDANTS/COUNTER-CLAIMANTS |
| and AFFILIATED FOODS SOUTHWEST, INC. | DEFENDANT |
| SMALL BUSINESS INVESTMENT CAPITAL, INC. | PLAINTIFF |
| VS. | |
| BISSELLS' GROCERY, INC., TERRY BISSELL, PATRICIA BISSELL, RAY RHODES, and LORNA RHODES | DEFENDANTS |
| JOHN RAY RHODES and LORNA RHODES | THIRD-PARTY PLAINTIFFS |
| VS. | |
| DEPARTMENT OF FINANCE AND ADMINISTRATION and UNITED STATES OF AMERICA/INTERNAL REVENUE SERVICE | THIRD-PARTY DEFENDANTS |

**ORDER**

On January 31, 2006 and February 1, 2006 Plaintiff Bissells' Grocery, Inc.'s claims for fraud/deceit, deceptive trade practices, and breach of contract against Separate Defendants John Ray Rhodes and Lorna Rhodes were tried to a jury. The parties have represented to the Court the other claims in this case have settled. These other claims that were not tried to a jury are hereby dismissed with prejudice, subject to the terms of the settlement agreement(s). If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within 30 days from the file date of this order. The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that further litigation is necessary.

IT IS SO ORDERED, this 1st day of February, 2006.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
U.S. District Court